(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2218 (JRT/FLN) Case Title: Boe & Assoc. v. Leapfrog Enterprises

### Affidavit of Movant

I, Teresa J. Ayling, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Adam Belsky, an attorney admitted to practice in the Northern District of California, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Leapfrog Enterprises in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 157478 MN Attorney License # — January 22, 2002 Date

### Affidavit of Proposed Admittee

I, Adam Belsky, am currently a member in good standing of the U.S. District Court for Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Adam Belsky Type/Print Name — [signature] Signature — January 31, 2002 Date

Attorney License Number: 147800
Law Firm Name & Address: Gross & Belsky, LLP
One Maritime Plaza - Suite 1040
San Francisco, CA 94111
Telephone: 415/544-0200

Motion Granted: [signature] MMC — FEB 07 2002 Date
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED FEB 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________